IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELA HARDING, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-03572 |
| | : | |
| v. | : | CHIEF JUDGE ALGENON L. MARBLEY |
| | : | |
| U.S. ATTORNEY'S OFFICE, *et al.*, | : | MAGISTRATE JUDGE VASCURA |
| | : | |
| Defendants. | : | |

**OPINION & ORDER**

On June 22, 2021, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 3), recommending that the Court dismiss Plaintiff's case for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2). The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. (*Id.*). Ms. Harding submitted a motion for a hearing to reconsider, which this Court construes as an objection to the Report and Recommendation. (ECF No. 4). In her motion, Ms. Harding moves this Court to appoint her an advocate or counsel to assist her with her claim because of her disability. (*Id.*).

While this Court has jurisdiction under 28 U.S.C. § 1915(e)(1) to appoint counsel for an indigent litigant, this is a privilege "justified only by exceptional circumstances." *Lavado v. Keohane*, 992 F.2d 601, 606 (6th Cir. 1993). Given the lack of clarity and irrational allegations set forth in Ms. Harding's complaint, this Court is not satisfied that exceptional circumstances justify the appointment of counsel under 28 U.S.C. § 1915(e)(1). Her motion for reconsider does not otherwise raise any specific objections to any part of the Magistrate Judge's Report and Recommendation. When a pleader fails to raise specific issues, the court will consider this a general

objection to the magistrate judge's report and will not recognize it. *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007). Accordingly, no objection has been filed and the deadline for such objections passed on July 6, 2021.

For the foregoing reasons, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  This case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  September 3, 2021**